UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

KIMBERLEY STEER,

        CASE NUMBER: 9:16-cv-80239-KLR

    Plaintiff,

v.

GAMA AVIATION (MANAGEMENT) INC.;

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, KIMBERLEY STEER, by and through the undersigned attorneys hereby files this Notice of Settlement in principle in the above-style matters.  All above-styled matters have been orally settled and an amicable resolution was reached by and between the parties, contingent upon execution by the parties to a written agreement.  The undersigned counsel therefore, respectfully requests that all hearings and deadlines reserved on the Court's calendar be cancelled in the interim while the parties seek to finalize the terms in writing.

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2016 a true and correct copy of the foregoing was served via the Court's e-portal electronic filing system. This system will forward a Notice to all interested parties.

        *s/ Joseph Odato*
        Joseph Odato, Esq.
        Florida Bar: 86201
        Email: jodato@creedlawgroup.com
        DENNIS A. CREED, III
        Florida Bar No. 0043618
        E-mail: dcreed@creedlawgroup.com
        Creed Law Group
        13043 West Linebaugh Ave.
        Tampa, Florida 33626
        Telephone: 813-444-4332
        Fax: 813-441-6121
        Attorneys for Plaintiff