**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 16-CV-80239-KLR**

KIMBERLEY STEER,

      Plaintiff,

v.

GAMA AVIATION (MANAGEMENT), INC.

      Defendant.
_____/

**ORDER APPROVING SETTLEMENT AND**
**DISMISSING CASE WITH PREJUDICE**

THIS CAUSE comes before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice, and Motion to Approve Settlement **[DE 13]**.  The Court has reviewed the Settlement Agreement and has determined that, under the circumstances, the amount set forth in the Settlement Agreement is a fair and reasonable resolution of Plaintiff's Claims.  *See Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982).  The Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the stipulation and settlement is APPROVED and Plaintiff's Complaint is accordingly DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs consistent with the parties' Agreement. The Clerk of the Court shall CLOSE this case, and DENY any pending motions as MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 15 day of April 2016 in West Palm Beach, Florida.

                                                    /s/ Kenneth L. Ryskamp_____
                                                    KENNETH L. RYSKAMP
                                                    UNITED STATES DISTRICT JUDGE