UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

KIMBERLEY STEER,

        CASE NUMBER: 9:16-cv-80239-KLR

    Plaintiff,

v.

GAMA AVIATION (MANAGEMENT) INC.;

    Defendant.
_____/

## JOINT STIPULATION FOR SATISFACTION OF CHARGING LIEN

Kimberley Steer and Feldman Law Group hereby jointly file this stipulation agreeing that the above case has settled, wherein Feldman Law Group has asserted a lien against the agreed-upon fees and costs of $2000.00. Creed Law Group, PLLC, Plaintiff's counsel, has agreed and will remit payment to the Feldman Law Group in the amount of $387.50 from the settlement proceeds agreed-upon fees and costs of $2000.00 in this matter. In exchange for said payment Feldman Law Group releases the lien and agrees to hold the Plaintiff and Defendant harmless from any other claim for fees or costs related to this matter. Creed Law Group, PLLC will remit the amount of $387.50 to Feldman Law Group within 5 business days of the filing of this stipulation.

| /s/ Dennis A. Creed, III | /s/ Mitchell Feldman |
|---|---|
| Dennis A. Creed, III, Esq. | Mitchell L. Feldman, Esq. |
| Florida Bar. No. 0043618 | FELDMAN LAW GROUP P.A. |
| Joseph Odato, Esq. | Florida Bar No.: 0080349 |
| Fla. Bar No.:  0086201 | 1715 N. Westshore Blvd., Suite 400 |
| jodato@ffmlawgroup.com | Tampa, FL 33607 |
| Creed Law Group PLLC | Tel: (813) 639-9366 |
| 13043 West Linebaugh Avenue | Fax: (813) 639-9376 |
| Tampa, Florida 33626 | mfeldman@ffmlawgroup.com |
| Telephone: (813) 444-4332 | gfalk@ffmlawgroup.com |
| Fax: (813) 441-6121 | casemail@ffmlawgroup.com |
| Attorneys for Plaintiff | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2016 a true and correct copy of the foregoing was served via the Court's e-portal electronic filing system. This system will forward a Notice to all interested parties.

*s/ Dennis A. Creed, III*
DENNIS A. CREED, III
Florida Bar No. 0043618
E-mail: dcreed@creedlawgroup.com
Joseph Odato, Esq.
Florida Bar: 86201
Email: jodato@creedlawgroup.com
Creed Law Group
13043 West Linebaugh Ave.
Tampa, Florida 33626
Telephone: 813-444-4332
Fax: 813-441-6121
Attorneys for Plaintiff